

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00291-CR

Kevin Wayne **NICHOLS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR3257
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED April 9, 2025.

_____
Lori I. Valenzuela, Justice